AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia



| | |
|---|---|
| United States of America<br>v.<br><br>JOSE ALFREDO CRUZ-PEREZ<br><br>*Defendant(s)* | Case No.<br>2:26-MJ-00012 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __01/16/2026__ in the county of __Kanawha__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | misuse of a Social Security Administration account number |

This criminal complaint is based on these facts:

On January 16, 2026, I participated in the execution of a federal search warrant at Rio Grande Mexican Restaurant, located at 502 1st Avenue, Nitro, Kanawha County, West Virginia, within the Southern District of West Virginia. During the search, officers encountered defendant JOSE ALFREDO CRUZ-PEREZ, an alien unlawfully present in the United States, who was working at the restaurant. In December 2025, special agents with Homeland Security Investigations concluded an I-9 audit of the restaurant and determined that defendant JOSE ALFREDO CRUZ-PEREZ was using for work authorization and payroll purposes a Social Security Administration account number that was not assigned to him in violation of 42 U.S.C. § 408(a)(7)(B).

☐ Continued on the attached sheet.

s/Terrance Taylor
*Complainant's signature*

Terrance Taylor, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/20/2026__

*Judge's signature*

City and state: __Charleston, West Virginia__   Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*