UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                          **Case No.: 2:26-cr-00012**

**JOSE ALFREDO CRUZ-PEREZ**

**O R D E R**

On February 10, 2026, the defendant appeared in person for the purpose of a detention hearing as previously scheduled by the Court. Jonathan T. Storage, Assistant United States Attorney, appeared for the United States and David O. Schles appeared for the defendant. Also present was Olivya Jones, United States Probation Officer, and Johnnie Benningfield, Certified Court Interpreter.

On February 9, 2026, counsel for the defendant filed a Notice [ECF No. 19] advising the Court that he will not present any evidence or a proffer related to a suitable residence for the defendant pending trial. Counsel further requested the Court to revisit the issue of detention if he is successful in finding an appropriate residence. Counsel is directed to file an appropriate motion if he wishes to reopen the issue of detention.

Therefore, the Court finds that no condition or combination of conditions exist that will reasonably assure the defendant's release at this time. Accordingly, it is hereby **ORDERED** that the defendant is detained and remanded to the custody of the United States Marshals Service pending further proceedings in this matter.

The Clerk is directed to provide copies of this Order to the defendant, all counsel of record, the United State Probation Department, and the United States Marshals Service.

**ENTER:**   February 10, 2026

_____
Dwane L. Tinsley
United States Magistrate Judge